A. Yes. [Tr. 53,250, pp. 37 through 67].

**Charles Herbert WHITE, Petitioner,**

v.

**F. M. WILSON, United States Marshal, and United States Board of Parole, Respondents.**

**No. 17241–1.**

United States District Court
W. D. Missouri, W. D.

May 6, 1969.

### MEMORANDUM AND ORDER

JOHN W. OLIVER, District Judge.

**I**

This habeas corpus case involves the same petitioner and is directly related to the case of White v. Swenson, (W.D. Mo.1969, 301 F.Supp. 447, No. 1347, in the Central Division, decided May 2, 1969. The relationship between the two cases is established by the order to show

cause entered in both cases on February 5, 1969 which we now set forth in full: